UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SEAN TAPP,

                              Plaintiff,

        -against-                                      9:05-CV-1442 (LEK/DRH)

LLOYD TAYLOR, C.O; ST. LOUIS,
Captain;  and DONALD SELSKY,

                              Defendants.

_____

**<u>DECISION AND ORDER</u>**

        This matter comes before the Court following a Report-Recommendation filed on July 16,

2009, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. §

636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 57).

        Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance

with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Homer's

Report-Recommendation.  Furthermore, after examining the record, the Court has determined that

the Report-Recommendation is not subject to attack for plain error or manifest injustice.

        Accordingly, it is hereby

        **ORDERED**, that the Report-Recommendation (Dkt. No. 57) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

        **ORDERED**, the Defendant's Motion for summary judgment (Dkt. No. 54) is **GRANTED**

1

as to all claims against Defendants Selsky and St. Louis; and it is further

**ORDERED**, that Defendants Selsky and St. Louis are terminated from this above-captioned case and that the above-captioned case proceed only as to Defendant Taylor; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      August 07, 2009
            Albany, New York

Lawrence E. Kahn
U.S. District Judge

2